UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEISHA LANAY JEFFERSON,<br><br>Defendant. | No. CR-13-008-WFN-21<br><br>ORDER DENYING MOTION TO RECONSIDER<br><br>---- U.S. MARSHAL ACTION ----<br>REQUIRED |

Defendant moves for an order to reconsider the pretrial detention ordered February 18, 2013, by Judge Kenton in the Central District of California. The undersigned has reviewed the proffered materials by the parties and is unable to conclude Judge Kenton's order should be altered. Accordingly, the Motion, **ECF No. 1251.** is **DENIED.**

Defendant also represents it is difficult to communicate with counsel at the Spokane County Jail, as the audio is inadequate. The U.S. Marshal is directed, if request is made by Defendant and, if feasible, to arrange for visitation at the visitation rooms in the Spokane U.S. Courthouse.

If the Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom this case is assigned and note it for hearing at the earliest possible date. Both parties are responsible to ensure the motion is determined promptly.

**IT IS SO ORDERED.**

DATED August 13, 2013.

                      S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER - 1